IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TRACY MULDREW and CHRISTOPHER PRICE,<br><br>        Defendants. | 8:24CR172<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 61). The Court has carefully reviewed the record in this case and finds as follows:

1. On April 17, 2025, defendant Tracy Muldrew ("Muldrew") pleaded guilty to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I charged Muldrew with conspiracy to distribute 40 grams or more of fentanyl; in violation of 21 United States Code section 846.

2. On April 17, 2025, defendant Christopher Price ("Price") pleaded guilty to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I charged Price with conspiracy to distribute 40 grams or more of fentanyl; in violation of 21 United States Code section 846.

3. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $2,660 in United States currency as "property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense."

4.  Based on Muldrew and Price's guilty pleas and admissions, Muldrew and Price forfeit their interest in the $2,660 in United States currency and the government is entitled to possession of any interest Muldrew and Price have in the property pursuant to 21 U.S.C. § 853.

5.  The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1.  The government's Motion for Preliminary Order of Forfeiture (Filing No. 61) is granted.

2.  Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and the Muldrew and Price's guilty pleas and admissions, the government is hereby authorized to seize the $2,660 in United States currency.

3.  Muldrew and Price's interest in the $2,660 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.  The $2,660 in United States currency is to be held by the government in its secure custody and control.

5.  Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $2,660 in United States currency in such manner as the Attorney General may direct, and notice that any person, other than Muldrew or Price, having or claiming a legal interest in the $2,660 in United States currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.  The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $2,660 in United States currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 21st day of April 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge