IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY MULDREW and<br>CHRISTOPHER PRICE,<br><br>Defendants. | 8:23CR172<br><br>FINAL ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 70). The Court has carefully reviewed the record in this case and finds as follows:

1. On April 21, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 62) forfeiting defendants Tracy Muldrew and Christopher Price's interest in the $2,660 in United States currency seized from Tracy Muldrew on or about July 31, 2024.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 22, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June 26, 2025 (Filing No. 69).

3. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 70) is granted.

2. All right, title and interest in and to the $2,660 in United States currency seized from Tracy Muldrew on or about July 31, 2024, held by any person or entity are forever barred and foreclosed.

3. The $2,660 in United States currency is forfeited to the government.

4. The government is directed to dispose of the $2,660 in United States currency in accordance with law.

Dated this 22nd day of July 2025.

BY THE COURT:

Robert. F. Rossiter, Jr.
Chief United States District Judge